# Court of Appeals
# of the State of Georgia

ATLANTA,___June 17, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0431. TOYA WALTON v. THE STATE.

A jury found Toya Walton guilty of speeding, and Walton filed a notice of appeal.[1] Although Walton was not indigent, her attorney filed a motion seeking a free, digital copy of the transcript, arguing that such was permitted under recently amended Judicial Council rules. Clayton County moved to intervene.[2] The trial court entered an order granting Clayton County's motion to intervene and denying Walton's motion for a free transcript. Walton filed this discretionary application.

Walton asserts that we have "jurisdiction in this matter under OCGA § 5-6-35 [the discretionary application statute]." It does not appear, however, that any provision of OCGA § 5-6-35 (a) applies here. See, e. g., *Bray v. State*, 152 Ga. App. 404 (263 SE2d 184) (1979).

This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Walton shall have ten days from the date of this order to file a notice of appeal with the state court. See OCGA § 5-6-35 (g). The clerk of the state court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] This appeal has not yet been transmitted to this Court.

[2] According to Clayton County, if non-indigent defendants are provided free transcripts, the burden of compensating the court reporter would fall to the county.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 06/17/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*